UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME S. ADAMS,

    Plaintiff,

v.

DONALD J. TRUMP, ET AL.,

    Defendants.
_____/

Case No. 18-mc-50217

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER DENYING APPROVAL TO FILE CASE AND DISMISSING COMPLAINT [#1]

Presently before the Court is Plaintiff Jerome Adams's complaint against President Donald J. Trump and forty three other named defendants. Dkt. No. 1. This Court has enjoined Plaintiff from filing any future complaints in this court without first seeking and obtaining leave of court by the presiding judge. *See* Case no. 18-10133, J. Cohn.

Mr. Adams has a documented pattern of abusing the legal process by filing frivolous claims. *See Adams v. Trump, et al.*, 18-10133; *Adams v. Weay, et al.*, 17-13958; *Adams v. Trump, et al.*; 17-11925. In the present complaint, Plaintiff is suing President Trump and various other public figures for over one billion dollars in damages. Dkt. No. 1, pg. 26 (Pg. ID 26). Plaintiff's complaint lists five statements of his claim. Among other things, Plaintiff's complaint states that in

1

"May 2016 President Donald J. Trump made a movie about my life. I never receive[] compensation for that movie." *Id.* Plaintiff's claims are frivolous and fail to state a claim upon which relief may be granted. Plaintiff fails to state any theories of recovery or other bases of relief. The proposed complaint does not meet the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that the Court does not grant permission to Mr. Adams to file the present complaint. Plaintiff's complaint is dismissed.

SO ORDERED.

Dated: February 8, 2018

                                                 s/Gershwin A. Drain
                                                 HON. GERSHWIN A. DRAIN
                                                 United States District Court Judge